JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS EDGARDO MOLINA,<br><br>　　　　Petitioner-Defendant,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent-Plaintiff. | No.　CV 24-2296 PA<br>　　　CR 21-545 PA<br><br>JUDGMENT |

　　Pursuant to the Court's February 6, 2024 Order denying the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 filed by petitioner Elvis Edgardo Molina,

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: February 6, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE